# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EURONDA ROBERTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:19-cv-02401-SHL-tmp |
| | ) |
| PREMIER BANKCARD, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 20, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the oral Joint Motion to Dismiss and Order granting that Motion (ECF No. 16), which occurred in open court on August 28, 2019, judgment is entered and all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. The Court shall retain jurisdiction for the purpose of enforcing the parties' agreement to arbitrate pursuant to Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 29, 2019
Date